JS6

# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GIOVANNI STEWART,**<br><br>Plaintiff,<br><br>v.<br><br>**CITIGROUP CORPORATE HOLDINGS, INC. D/B/A CITIBANK, N.A.,**<br><br>Defendant. | **Case No.:** 5:22-cv-00127-RGK-KK<br><br>*HON. R. GARY KLAUSNER*<br>*HON. MAG. KENLY KIYA KATO*<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II) [27]** |

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE with respect to all Parties named herein, as to all claims and causes of action with each party bearing that party's own attorneys' fees and costs. Should a new lawsuit be filed, Federal Rules of Civil Procedure 41(d) shall be applicable. The Clerk is directed to close the file.

Dated: 8/31/2022

*/s/ Gary Klausner*

HON. R. GARY KLAUSNER
United States District Judge